**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CARL COX**                                                                    **PLAINTIFF**

**v.**                              **Civil No. 06-5057**

**LINDA S. McMAHON, Commissioner**
**Social Security Administration**                                              **DEFENDANT**

### O R D E R

Now on this 6th day of March, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #11, filed February 5, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the ALJ's decision is affirmed and plaintiff's Complaint is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**